**PHILLIPS PETROLEUM COMPANY et al., Appellants,**

v.

**Polycarp L. BROUSSARD, Appellee.**

No. 17390.

United States Court of Appeals
Fifth Circuit.

April 15, 1959.

Charles F. Bailey, Lafayette, La., Martin J. Weil, Los Angeles, Cal., James N. Erwin, Jr., Houston, Tex., Bailey & Mouton, Lafayette, La., for appellants.

J. E. Kibbe, Abbeville, La., James J. Davidson, Jr., Lawrence E. Donohoe, Jr., and Davidson, Meaux, Onebane & Donohoe, Lafayette, La., for appellee.

Before RIVES, TUTTLE and CAMERON, Circuit Judges.

PER CURIAM.

Appellee Broussard, as plaintiff below, brought this action in a state court for the cancellation of an oil, gas and mineral lease as to part of the land covered thereby (29.526 acres). Appellants, Phillips Petroleum Company and others, defendants below, removed the case to the United States District Court which granted appellee's motion for a judgment on the pleadings. Appellants attack this judgment on four grounds, which are the identical grounds upon which they relied in the lower court.

The judge in the trial below, reciting that "both sides candidly concede that there is no factual dispute," wrote a careful and exhaustive opinion [1] dealing with each of the legal propositions relied upon on this appeal. A reading of the record and briefs convinces us that the case was fully presented by the pleadings, that the language of the crucial "Pugh Clause" (160 F.Supp. 907) is clear and unambiguous, that the case was correctly decided and that the opinion of the trial judge accurately and adequately deals with all of the points relied upon here. For the reasons and upon the considerations set out in said opinion (and cf. Mattison v. Trotti, 5 Cir., 1959, 262 F.2d 339) the judgment is

Affirmed.

**COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, Appellant,**

v.

**OHIO BELL TELEPHONE COMPANY, Appellee.**

No. 13651.

United States Court of Appeals
Sixth Circuit.

March 5, 1959.

Metzenbaum & Schwartz; argued by John H. Garver, Cleveland, Ohio, for appellant.

Arter, Hadden, Wykoff & Van Duzer; argued by Ashley M. Van Duzer and Robert K. Huston, Cleveland, Ohio, for appellee.

Before MARTIN, Chief Judge, and SIMONS and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised, Now, Therefore.

It is Ordered, Adjudged and Decreed that the judgment of the District Court, 160 F.Supp. 822, be and is hereby affirmed upon the findings of fact and opinion of Judge Weick.

---

1. Broussard v. Phillips Petroleum Co., D.C.1958, 160 F.Supp. 905.